## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dale Hickman and Angie Hickman,            Civil No. 05-148 (DWF/JJG)

      Plaintiffs,

v.                                         **ORDER ON REPORT AND RECOMMENDATION**

Airtel Wireless, LLC, a Minnesota
limited liability company,

      Defendant.

---

Trent N. Baker, Esq., counsel for Plaintiffs.

Bruce J. Douglas, Esq., Larkin Hoffman Daly & Lindgren Ltd; Chris M. Heffelbower, Esq.; and Thomas E. Hattersley, Esq., counsel for Defendant.

---

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The stay is **LIFTED**; and

2. All of the claims in this matter are **DISMISSED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 22, 2008        s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      Judge of United States District Court